

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/26/11
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTOINE PIERRE - #071-894-124 | DOCKET NO.11-cv-600; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| JANET NAPOLITANO, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition under 28 U.S.C. §2241 is **DISMISSED WITHOUT PREJUDICE AS PREMATURE.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 26th day of July, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE